**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| EDWIN BHATTI, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-122-J |
| ) | |
| SIGNET JEWELERS, d/b/a ZALES ) | |
| JEWELERS; ) | |
| ZALES JEWELERS, INC. a/k/a ZALES ) | |
| JEWELERS #1492 a/k/a ZALES ) | |
| CORPORATION a/k/a ZALE- ) | |
| SHAWNEE, ) | |
| ) | |
|    Defendants. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

COMES NOW Jessica L. Dark of the firm PIERCE, COUCH, HENDRICKSON, BAYSINGER & GREEN, L.L.P., and hereby enters her appearance as counsel of record in the above-titled action for Defendants. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

                                                        Respectfully submitted,

                                                        /s/ Jessica L. Dark
                                                        Jessica L. Dark, OBA No. 31236
                                                        PIERCE COUCH HENDRICKSON
                                                        BAYSINGER & GREEN, LLP
                                                        1109 N. Francis Ave.
                                                        Oklahoma City, OK 73106
                                                        Phone: 405-235-1611
                                                        Fax: 405-235-2904
                                                        jdark@piercecouch.com
                                                        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2025, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

I also certify that I served the following, who is not a registered participant of the ECF System for filing, via email, pursuant to their prior written consent to accept service at this email address:

Edwin Bhatti
edwinbhatti@yahoo.com
43315 Prairie Ranch Road
Shawnee, OK 74804
*Pro Se Plaintiff*

/s/ Jessica L. Dark
Jessica L. Dark