# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDWIN BHATTI, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-25-122-J |
| | ) |
| SIGNET JEWELERS, d/b/a ZALES JEWELERS, INC., et al., | ) ) |
| | ) |
|     Defendants. | ) |

# **ORDER**

Plaintiff, appearing pro se, moves for permission to serve Defendants with interrogatories. [Doc. No. 26]. The motion is DENIED as premature. Defendants have filed a motion to dismiss which is now at issue. After the Court rules on that motion it will, if necessary and at the appropriate time, require the parties to prepare a Joint Status Report and Discovery Plan and then enter a scheduling order providing the parties with discovery and filing deadlines.

IT IS SO ORDERED this 16th day of May, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE